**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 03-cr-00536-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHAD D. KELLY,

        Defendant.

---

**ORDER REINSTATING SUPERVISED RELEASE AND MODIFYING THE
CONDITIONS OF SUPERVISED RELEASE**

---

THIS MATTER came before the Court on report of the probation officer following a supervised release violation hearing on September 19, 2007. The Court found that the defendant violated the conditions of supervised release as alleged in the probation officer's petition. Accordingly, it is

ORDERED that the defendant's supervised release is revoked and reinstated with the following special conditions:

The defendant shall reside in a Residential Re-Entry Center (RRC) for a period of up to 180 days, to commence at the direction of the probation officer, and shall observe the rules of that facility;

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer. Additionally, the defendant will accurately report all income to the probation officer;

The defendant shall ingest monitored antabuse if not medically contraindicated; and

FURTHER ORDERS that the defendant shall remain on electronic home monitoring until he reports to the RRC. All previously imposed conditions shall remain in full force and effect.

DATED at Denver, Colorado, this 2nd day of October, 2007.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL
                              United States District Judge